No. 730.   HULETT v. BRINSON.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari

denied. *Karl M. Dollak* for petitioner. *E. Willard Hyde* and *Mario S. Romero* for respondent.